LAW OFFICES

# BUTLER, FITZGERALD, FIVESON & McCARTHY
A Professional Corporation
NINE EAST 45TH STREET
NINTH FLOOR
NEW YORK, NEW YORK 10017
www.bffmlaw.com

Jennifer M. Hall
212-615-2217
jmhall@bffmlaw.com

Telephone 212-615-2200
Facsimile 212-615-2215

August 18, 2014

**By ECF and First Class Mail**
Hon. Joanna Seybert
Alfonse M. D'Amato Federal Building
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York   11722

Re:   EOPABC, Inc., as Assignee of Liquidation Trustee Services, LLC v. Nina Francois, as Administrator of the Estate of Exumene Louise Simpson a/k/a Louise Jean Simpson
Case No.: 13cv5096 (JS)

Nina Francois, as Administrator of the Estate of Exumene Louise Simpson a/k/a Louise Jean Simpson v. EOPABC, Inc., as Assignee of Liquidation Trustee Services, LLC
Case No.: 13cv5097 (JS)
Our File No. 1316/05669

Dear Judge Seybert:

      We represent EOPABC, Inc., as Assignee of Liquidation Trustee Services, LLC ("EOAPBC") in the referenced appeals. Mr. Sager has applied for an order from the Surrogate's Court authorizing Nina Francois as Administrator of the Estate of Exume Louise Simpson a/k/a Louise Simpson to settle all claims. It is believed the Surrogate's Court may not issue an order for up to four months. We therefore request the Court to continue holding the appeals in abeyance.

Respectfully submitted,

Jennifer M. Hall

JMH/rqs

2

cc: Goldberg Sager & Associates
McBreen & Kopco
Liquidation Trustee Services, LLC
Office of the United States Trustee